**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JAMES LEE DAVIS,

      Petitioner,

v.                                          Case No:  8:16-cv-1806-T-30AAS

UNITED STATES OF AMERICA,

      Respondent.

_____/

# ORDER

THIS CAUSE is before the Court on Petitioner James Davis's Unopposed Motion to Stay 28 U.S.C. § 2255 Proceedings (Dkt. 6).

After due consideration, it is **ORDERED AND ADJUDGED** that:

1.      Petitioner James Davis's Unopposed Motion to Stay 28 U.S.C. § 2255 Proceedings (Dkt. 6) is GRANTED.

2.      This action is STAYED AND ADMINISTRATIVELY CLOSED pending a decision from the United States Court of Appeals for the Eleventh Circuit in *United States v. Fritts*, Appeal No. 15-15699-CC.

3.      The Clerk is directed to close this file and terminate all pending motions.

4.      The motion to vacate (CR Dkt. 57) in the corresponding criminal case number 8:10-cr-362-T-30AAS is terminated.

5.      Counsel for Petitioner may move to reopen this action, if desired, within thirty (30) days after the Eleventh Circuit issues its opinion in *Fritts*.

**DONE** and **ORDERED** in Tampa, Florida, this 2nd day of September, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record